# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

132265

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

XAVIER REMBERT SMITH,
      Defendant-Appellant.

SC: 132265
COA: 266652
Wayne CC: 05-004855-01

_____/

      On order of the Court, the application for leave to appeal the July 5, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

s0117

Clerk